# United States Court of Appeals
## For the First Circuit

No. 23-2064

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO ELECTRIC POWER AUTHORITY,

Debtor-Appellee,

v.

ALLIANCE BERNSTEIN L.P.; ARISTEIA CAPITAL, L.L.C.; CAPITAL RESEARCH AND MANAGEMENT COMPANY; COLUMBIA MANAGEMENT INVESTMENT ADVISORS, LLC; DELAWARE MANAGEMENT COMPANY, a series of Macquarie Investment Management Business Trust to the Form 2019; ELLINGTON MANAGEMENT GROUP, L.L.C.; GOLDMAN SACHS ASSET MANAGEMENT L.P.; INVESCO ADVISERS, INC.; MACKAY SHIELDS LLC; MASSACHUSETTS FINANCIAL SERVICES COMPANY; RUSSELL INVESTMENT COMPANY, on behalf of Russell Investment Company Tax-Exempt High Yield Bond Fund; SIG STRUCTURED PRODUCTS, LLC; T. ROWE PRICE; TOWER BAY ASSET MANAGEMENT,

Objectors-Appellants,

ISLA DEL RIO, INC.; SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTICA (SREAEE), UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC. (UTIER); PV PROPERTIES, INC.; WINDMAR RENEWABLE ENERGY, INC.; INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONOMICA

DE PUERTO RICO; ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS; U.S. BANK NATIONAL ASSOCIATION, as Trustee; GOLDENTREE ASSET MANAGEMENT LP; LUMA ENERGY, LLC; LUMA ENERGY SERVCO, INC.; SYNCORA GUARANTEE, INC.; MARA VICTORIA PREZ RODRGUEZ,

Objectors-Appellees,

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION; CORTLAND CAPITAL MARKET SERVICES LLC, as Administrative Agent; SOLA LTD; SOLUS OPPORTUNITIES FUND 5 LP; ULTRA MASTER LTD; ULTRA NB LLC,

Creditors-Appellees.
_____

Before

Kayatta, Howard and Rikelman,
Circuit Judges.
_____

**JUDGMENT**

Entered: December 28, 2023

      A group of PREPA bondholders filed this appeal from the Title III court's approval of the supplemental disclosure statement for PREPA's Corrected Fifth Modified Third Amended Plan of Adjustment. That court found that the information provided in the supplemental disclosure statement is sufficient for investors to evaluate the plan, but deferred most substantive objections to the confirmation hearing, holding that it could not, on the existing record, rule the plan unconfirmable as a matter of law. The Financial Oversight and Management Board has moved to dismiss this appeal for lack of jurisdiction on the grounds that an order approving a disclosure statement is not a final appealable order or an interlocutory order appealable under Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546 (1949). The bondholders' rejoinder is that this court has jurisdiction to hear their appeal but, even if the presence of appellate jurisdiction is debatable, the court may resort to its mandamus authority.

      Under the circumstances of this case, we conclude that jurisdiction is lacking. See, e.g., 7 Collier on Bankruptcy ¶ 1125.03[4] (16th ed.) ("[m]ost courts that have ruled on the matter have held that a bankruptcy court ruling on a disclosure statement is an interlocutory order that cannot be appealed") and cases cited. By its very nature the ruling on the claim of so-called patent non-confirmability is not discrete from the issues of plan confirmation that remain pending, the resolution of which either way will likely moot any professed need to challenge the ruling on the adequacy of the disclosure. Further, in this case any fees and time claimed to be saved by an interlocutory appeal are not great in comparison to what is at stake under the plan. Indeed, if appellants are confident that the disclosure reveals that plan approval is clearly not possible it is not clear why absent an appeal now they would need do more than what they propose to do now.

So in this instance we join the majority of courts that have found that denials of various challenges to disclosure statements are not subject to immediate appeal.

Appellants' last arrow in their quiver is the possibility of mandamus. Due to "the extraordinary nature of mandamus relief, [this court has] limited its availability to those rare cases in which the issuance (or nonissuance) of an order presents a question anent the limits of judicial power, poses some special risk of irreparable harm to the appellant, and is palpably erroneous." In re Justices of Superior Court Dep't of Massachusetts Trial Court, 218 F.3d 11, 15 (1st Cir. 2000) (internal quotations omitted). "[I]t is well-established that an extraordinary writ, such as a . . . writ of mandamus, may not be used as a substitute for an appeal and will not lie if an appeal is an available remedy." In re Urohealth Systems, Inc., 252 F.3d 504, 507 (1st Cir. 2001). And even if the requirements for mandamus are met, the court retains the authority to deny mandamus in the exercise of its sound discretion. Under the circumstances of this case, we decline to exercise our extraordinary mandamus authority. The motion to dismiss is granted.

By the Court:

Maria R. Hamilton, Clerk

cc: G. Eric Brunstad Jr., Fernando J. Gierbolini-Gonzalez, Dora L. Monserrate, Richard James Schell-Gonzalez, Stephen D. Zide, David A. Herman, Timothy W. Mungovan, Michael T. Mervis, Luis Francisco Del-Valle-Emmanuelli, Margaret Antinori Dale, John E. Roberts, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Paul V. Possinger, Jeffrey W. Levitan, Lucas Kowalczyk, Daniel Steven Desatnik, Elliot Rainer Stevens, Matthew Triggs, Jared M. DuBosar, Israel Fernandez-Rodriguez, Juan J. Casillas-Ayala, Luc A. Despins, Juan Carlos Nieves-Gonzalez, Georg Alexander Bongartz, Nicholas A. Bassett, Cristina B. Fernandez-Niggerman, Isabel M. Fullana-Fraticelli, Rolando Emmanuelli-Jimenez, Jessica Esther Mendez-Colberg, Rafael A. Ortiz-Mendoza, Zoe Negron Comas, Fernando E. Agrait-Betancourt, Heriberto J. Burgos-Perez, Ricardo F. Casellas-Sanchez, Diana Perez-Seda, Howard Robert Hawkins Jr., Mark C. Ellenberg, Casey J. Servais, Thomas J. Curtin, William J. Natbony, Eric A. Tulla, Clark T. Whitmore, John T. Duffey, Jason M. Reed, Michael Charles McCarthy, Glenn Kurtz, Lydia Margarita Ramos-Cruz, John K. Cunningham, Thomas Lauria, Thomas E. MacWright, Michael C. Shepherd, Keith Wofford, Ana Margarita Rodriguez-Rivera, Sylvia M. Arizmendi-Lopez de Victoria, Rafael Escalera-Rodriguez, Eric Mark Kay, Carlos R. Rivera-Ortiz, Susheel Kirpalani, Maria Victoria Perez Rodriguez, Eric Perez-Ochoa, Luis A. Oliver-Fraticelli, Alexandra C. Casellas-Cabrera, Jonathan D. Polkes, Gabriel Morgan, Robert Berezin, Matthew S. Barr, Amy R. Wolf, Nayuan Zouairabani-Trinidad, Richard G. Mason, Emil A. Kleinhaus, Angela K. Herring, Michael H. Cassel, Bryce L. Friedman, Nicholas Baker, Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Michael R. Hackett, Stephen L. Ratner, Ricardo Burgos-Vargas, Laura E. Stafford, Josue N. Torres-Crespo, Michael Luskin, Stephan E. Hornung, Chad Golder, Julia D. Alonzo, Bradley R. Bobroff, Lucia Chapman, Michael A. Firestein, Lary Alan Rappaport, Scott Rutsky, Steven O. Weise, Ginger D. Anders, William D. Dalsen, Peter D. Doyle, Adele M. El-Khouri, Carl Forbes Jr., Kevin J. Perra, Jennifer L. Roche, Brian S. Rosen, Chris Theodoridis, Jared D. Zajac, Rachel G. Miller Ziegler, Guy Brenner, Valerie Concepcion-, Cintron, Gabriel A Miranda-Rivera, Matthew J. Morris, Juan Carlos Ramirez-Ortiz, Michel Mir-Martinez, Ralph C.

Ferrara, Chantel L. Febus, Ann M. Ashton, Raul Castellanos-Malave, Maja Zerjal, Hadassa Waxman, Arturo Diaz-Angueira, Joseph P. Davis III, Maria Jennifer DiConza, Daniel S. Shamah, Michael Kelly Malone, Brett Fallon, Mariana Muniz-Lara, Roger A. Maldonado, Jaclyn C. Marasco, Luis Fernando Llach Zuniga, John Arrastia Jr., Monsita Lecaroz-Arribas, Julio Enrique Guzman-Carcache, Cynthia Torres, Puerto Rico Marketing, Industry and Food Distribution Chamber (MIDA), Maraliz Vazquez-Marrero, Judith Berkan, Jesus M. Rivera-Delgado, Carlos Enrique Cardona-Fernandez